This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 118
The People &c.,
            Respondent,
        v.
Nadine Panton,
            Appellant.

          Robin Nichinsky, for appellant.
          David P. Stromes, for respondent.

MEMORANDUM:

          The order of the Appellate Division should be affirmed.

          Defendant contends that police engaged in improper pre-*Miranda* custodial interrogation and as a result, her post-*Miranda* written and video statements should have been suppressed.  Because defendant did not raise this particular

- 1 -

ground in either her suppression motion or at the hearing, it is unpreserved for our review (see People v Gonzalez, 55 NY2d 887, 888 [1982]).

We have considered defendant's remaining contention and find it to be without merit.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order affirmed, in a memorandum.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided June 30, 2016